IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DON KING.                                                                                        PLAINTIFF

vs.                                          CASE NO. **5:06CV0125GH**

CENTRIA, INC.                                                                                DEFENDANT

## **ORDER**

In a notice concerning the Rule 26 conference, defendant notified the Court that plaintiff's attorney, John P. Lewis, had died at the beginning of September, 2006. The courtroom deputy contacted Mr. Lewis' office on September 8th and was told by his secretary that she was meeting with several counsel the next week (week of 9/11) to farm out the cases. The secretary was informed that new counsel needed to enter their appearance and file a motion for substitution of counsel. To date, nothing has been filed.

Plaintiff is directed to provide the Court, in writing and within twenty days of the date of this Order, a statement of whether she intends to proceed pro se or obtain substitute counsel in which case new counsel shall make an entry of appearance. Failure to comply with this Order may result in dismissal of the complaint.

The Clerk is directed to send a copy of this Order to the plaintiff at 1603 Oak Meadow Lane, Malvern AR 72104.

IT IS SO ORDERED this16th day of November, 2006.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE

-1-