IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DONNA KING                                                                    PLAINTIFF

vs.                          CASE NO. **5:06CV00125GH**

CENTRIA, INC.                                                  DEFENDANT

## **ORDER**

On November 16, 2006, the Court filed an Order directing plaintiff to provide the Court, in writing and within twenty days, a statement of whether she intended to proceed pro se or obtain substitute counsel. Plaintiff was advised that failure to comply with the Order may result in dismissal of the complaint.

Plaintiff has not responded to the Order. Therefore, the complaint is hereby dismissed without prejudice for failure to prosecute.

The Clerk is directed to send a copy of this Order to the plaintiff at 1603 Oak Meadow Lane, Malvern AR 72104.

IT IS SO ORDERED this 12th day of December, 2006.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE